UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80072-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NANCY MARKS, et al,

    Defendants.
_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Defendant's Motion to Dismiss Based on First Amendment to the United States Constitution [DE 441] and the Magistrate Judge's Report and Recommendation [DE 597].  After a *de novo* review of the Defendant's Motions, the Magistrate Judge's Report and Recommendation, and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**  Defendants Motion to Dismiss Based on First Amendment to the United States Constitution [DE 441] is hereby **DENIED**.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 21st day of September, 2012.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel